IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:21-cr-32 |
| Plaintiff, ) | |
| ) | |
| vs. ) | MOTION TO SUPPRESS EVIDENCE |
| ) | AND REQUEST FOR EVIDENTIARY |
| MATTHEW PATRICK LANGENBERG, ) | HEARING |
| ) | |
| Defendant. ) | |

Defendant, Matthew Patrick Langeberg, through counsel, moves to suppress all evidence obtained in this matter. In support of this motion, defendant states as follows:

1. Mr. Langenberg has been charged with receipt and possession of child pornography.

2. These charges arose out of evidence seized from Mr. Langenberg's cell phone and residence.

3. The admission of any items seized would violate Mr. Langenberg's rights under the Fourth Amendment to the United States Constitution to be free from unreasonable search and seizure.

WHEREFORE, defendant Matthew Patrick Langenberg respectfully requests that the court set this matter for hearing, and, after that hearing, grant this motion and suppress all evidence obtained through the illegal searches and seizures.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:  (563) 322-8931
TELEFAX:  (563) 383-0052
EMAIL:  terry_mcatee@fd.org

By:  /s/ *Terence McAtee*
     **Terence McAtee**
     Assistant Federal Defender
     ATTORNEY FOR DEFENDANT

cc: Torrie Schneider, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on July 19, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
/s/